# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 27, 2019

By ECF

12-2-2019
The request is denied.
SO ORDERED.

*Paul A Crotty*

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Kabine Kaba
     19 Cr. 242 (PAC)

Dear Judge Crotty:

Kabine Kaba is scheduled to surrender on Monday, December 2, 2019 to begin his 10-month sentence imposed by the Court on October 17, 2019. As of today, Mr. Kaba has not been designated. I have previously reached out to Pretrial Services and the Bureau of Prisons to determine where Mr. Kaba is meant to serve his sentence, including leaving a message over a week ago for a supervisor at the Grand Prairie Complex, the Bureau of Prison's designation center, which was not returned.

Given that Mr. Kaba has not been designated, the United States Marshals suggest that Mr. Kaba surrender at 500 Pearl Street on Monday and then he'll be transferred to his designation facility when the Bureau of Prison designates him. However, such a result would likely require Mr. Kaba to be shuffled across the country to Oklahoma before he is sent to his facility and require him to be housed in a maximum-security pre-trial detention facility.

As such, the defense respectfully requests the Court adjourn Mr. Kaba's surrender date to Monday, January 6, 2020 (or an earlier date that the Court deems appropriate). Thank you for the Court's consideration, and happy thanksgiving.

Very Truly Yours,

/s/

Ian H. Marcus Amelkin
Assistant Federal Defender
Tel.: (212) 417-8733

Cc:  Ni Qian, Esq., Assistant United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
12-2-19